UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEVADA

JOSE MANUEL GARZA- CASTILLO,

        Petitioner,

vs.

MELLODY NALLELY GUAJARDO-OCHOA,

        Respondent.

2:10:-cv-00359-LDG-LRL

**ORDER FROM JUNE 17, 2010, HEARING**

This matter came on for hearing before the Honorable Lloyd D. George, United State District Court Judge. Present at the hearing was Kirby Wells, Esq., of WELLS & RAWLINGS, with Anthony P. Troiani, Esq., of the TROIANI LAW OFFICE, appearing telephonically, representing Petitioner, Jose Garza-Castillo; and Marshal S. Willick, Esq., of the WILLICK LAW GROUP, and Arezou H. Piroozi, Esq., of the PIROOZI LAW GROUP, representing Respondent, Mellody Nallely Guajardo-Ochoa.

The Court having read the papers and pleadings on file, and entertained oral argument of counsel, makes the following orders:

**IT IS HEREBY ORDERED** that:

1. Jose's *Motion to Extend Time to file an Opposition to Respondent's Motion to Dismiss* is granted.

2. Jose shall file his *Opposition* by June 25, 2010, and Mellody shall file a *Reply* by June 30, 2010.

3. Mellody's *Motion to Dismiss* shall be heard on July 23, 2010, at 10:00 a.m, in courtroom 6-B, before the Honorable Judge Lloyd D. George. The Court will set aside two hours for the parties to argue.

4. The parties shall provide each other with a witness list by July 8, 2010.

5. The Court will set a tentative full-day Evidentiary Hearing for August 26, 2010, at 9:00 a.m. in courtroom 6-B, before the Honorable Judge Lloyd D. George.

6. Mellody's counsel shall prepare the *Order* from today's hearing, and submit to the Court for review and signature.

**DATED** this 1st day of July, 2010.

_____
LLOYD D. GEORGE
United States District Judge

Respectfully Submitted By:
WILLICK LAW GROUP

_____
MARSHAL S. WILLICK, ESQ.
Nevada Bar No. 002515
3591 East Bonanza Road, Suite 200
Las Vegas, Nevada 89110-2101
Attorneys for Respondent
P:\wp13\GUAJARDO\DM0599.WPD

Approved As to Form and Content:
WELLS & RAWLINGS

_____
KIRBY R. WELLS, ESQ.
Nevada Bar No. 001666
6900 Westcliff Dr., #710
Las Vegas, Nevada 89145
Attorneys for Petitioner

-2-