UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| JOSE GARZA-CASTILLO, | ORDER |
| Petitioner | |
| vs. | JANUARY 13, 2012 |
| MELLODY NALLELY GUAJARDO-OCHOA, | 2:10-CV-00359-LDG-VCF |
| Respondent. | |

IT IS HEREBY ORDERED:

Spanish Interpreter, **Maria Peralta-De Gomez**, is requested to be present and interpret as needed for the supervised visitation this court scheduled on Friday, January 13, 2012 from 11:00 am to 1:00 pm between the minor child of Mellody Nallely Guajardo-Ochoa, her biological father from Mexico, Jose Garza-Castillo and those other family members participating as allowed by this court.

Dated this 13th day of January, 2012.

LLOYD D. GEORGE, U. S. DISTRICT JUDGE



FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

JAN 1 2 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                    DEPUTY