UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| JOSE GARZA-CASTILLO, ) | ORDER |
| Petitioner ) | |
| vs. ) | JANUARY 13, 2012 |
| MELLODY NALLELY ) GUAJARDO-OCHOA, ) | 2:10-CV-00359-LDG-VCF |
| Respondent. ) | |

IT IS HEREBY ORDERED:

Spanish Interpreter, **Maria Peralta-De Gomez**, is requested to be present and interpret as needed for the supervised visitation this court scheduled on Friday, January 13, 2012 from 11:00 am to 1:00 pm between the minor child of Mellody Nallely Guajardo-Ochoa, her biological father from Mexico, Jose Garza-Castillo and those other family members participating as allowed by this court.

Dated this 13th day of January, 2012.

LLOYD D. GEORGE, U. S. DISTRICT JUDGE

